# UNITED STATES DISTRICT COURT
# DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| WILLIAM McDERMET,<br><br>Plaintiff,<br><br>v.<br><br>AMERGY SOLAR, INC.<br>TRINITY HEATING AND AIR, INC.,<br><br>Defendants. | CIVIL ACTION NO. 17-10566 |

## NOTICE OF REMOVAL

To: THE HONORABLE JUDGES OF THE UNITED STATES DISTRICT COURT FOR THE DISTRICT OF MASSACHUSETTS

Pursuant to 28 U.S.C. §§ 1331, 1332, 1441, and 1446, Defendant, Trinity Heating and Air, Inc. ("Trinity") hereby files this Notice of Removal in the above-captioned action and sets forth below the grounds for removal:

1. On or about February 28, 2017, the plaintiff, William McDermet, filed a Complaint and Jury Demand in the Essex Superior Court ("State Court Action") against Trinity and Amergy Solar, Inc. ("Amergy").

2. In general terms, the Complaint alleges violations of the Telephone Consumer Protection Act, 47 U.S.C. § 227, among other counts. Accordingly, removal is warranted because this Court has jurisdiction over the action pursuant to 28 U.S.C. § 1331, (i.e., federal subject matter jurisdiction).

3. Moreover, this Court has original jurisdiction over this action pursuant to 28 U.S.C. § 1332(a) because the action is between citizens of different states and the matter-in-controversy exceeds the sum or value of $75,000.00.

4. The plaintiff is a citizen of Massachusetts as he resides in Ipswich, Massachusetts. *See* Complaint ¶ 2.

5. Trinity is an entity formed under the laws of New Jersey, with its principal place of business in Wall, New Jersey.

6. Amergy is an entity incorporated under the laws of New Jersey with its principal place of business in Piscataway, New Jersey.

7. The plaintiff and the defendants are therefore citizens of different states for diversity purposes. The complete diversity requirement of 28 U.S.C. § 1332(a)(1) is therefore satisfied in this case.

8. The Plaintiff alleges on the Civil Action Coversheet and in his Complaint that his damages are $217,500.00. The amount-in-controversy, therefore, exceeds $75,000.00, exclusive of interest and costs.

9. Removal to this court is proper. Pursuant to 28 U.S.C. §§ 1441 and 1446, this Notice of Removal is being filed in the United States District Court for the District of Massachusetts, which is the federal district court embracing the state court where the State Court Action was filed.

10. Removal is timely. The Summons and Complaint were first received by Trinity on March 13, 2017. Receipt of the Summons and Complaint was the first notice of the State Court Action received by Trinity. This Notice of Removal is being filed within (30) days after receipt by Trinity of the State Court Action Complaint. *See* 28 U.S.C. § 1446(b).

11. This Notice of Removal is signed pursuant to Federal Rule of Civil Procedure 11. *See* 28 U.S.C. § 1446(a).

34744048v1 0996676

12.    Pursuant to 28 U.S.C. § 1446(a), copies of all process, pleadings, and orders served on Trinity are attached hereto as Exhibit A.

13.    Amergy joins and consents to the removal of this action, as indicated by its counsel's signature below.

14.    Trinity will provide written notice of the filing of this Notice of Removal as required by 28 U.S.C. § 1446(d), including filing a certified copy of this Notice of Removal with the clerk of Essex Superior Court.

Respectfully submitted,

TRINITY HEATING AND AIR, INC.

By: Its Attorneys

*/s/ Justin M. Fabella*
Justin M. Fabella, BBO #654859
HINSHAW & CULBERTSON LLP
28 State Street, 24th Floor
Boston, MA 02109
Tel: 617-213-7000/Fax: 617-213-7001
Email: jfabella@hinshawlaw.com

CONSENT TO REMOVAL:

AMERGY SOLAR, INC.

By: Its Attorneys

*/s/ Daniel Deane*
Julianna Malogolowkin, BBO #693320
Daniel Deane, BBO #568694
NIXON PEABODY LLC
100 Summer Street
Boston, MA 02110-2131
Tel: 617-345-1069/Fax: 844-864-3757
jmalogolowkin@nixonpeabody.com

Dated: April 3, 2017

3

34744048v1 0996676

## CERTIFICATE OF SERVICE

    I, Justin M. Fabella, hereby certify that this document filed through the CM/ECF system will be sent electronically to the registered participants as identified on the NEF (NEF) and paper copies will be sent to those indicated as non-registered participants on April 3, 2017.

William McDermet, *Pro Se*
4 Second Street
Ipswich, MA  01938

                                                */s/ Justin M. Fabella*
                                                Justin M. Fabella

34744048v1 0996676